A CERTIFIED TRUE COPY

MAY 22 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 22 2007

DOCKET NO. 1657

CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAY - 4 2007

FILED
CLERK'S OFFICE

FILED
MAY 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

07-2997 SECT. L MAG. 3

*Evelyene Douglas v. Pfizer Inc., et al.*, N.D. California, C.A. No. 3:06-3663

### CONDITIONAL TRANSFER ORDER (CTO-97) AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,142 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the action on this conditional transfer order now comprises claims relating to: 1) the prescription drugs Bextra and/or Celebrex; and 2) the prescription drug Vioxx. This action was previously included under case caption *Evelyene Douglas v. Pfizer Inc., et al.*, S.D. Texas, C.A. No. 6:06-35, on a conditional transfer order issued in MDL-1699 -- *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*. It is currently included in Section 1407 proceedings in the Northern District of California, under case caption *Evelyene Douglas v. Pfizer Inc., et al.*, N.D. California, C.A. No. 3:06-3663, in MDL-1699 before the Honorable Charles R. Breyer. Subsequently, an amended complaint was entered in the Northern District of California which includes claims that appear to share questions of fact with actions in MDL-1657 previously centralized in the Eastern District of Louisiana.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in this action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Northern District of California for continued inclusion in the centralized pretrial proceedings in MDL-1699.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

MAY 22 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
MAY 29 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE

Fee___
Process___
Dktd___
CtRmDep___
Doc. No.___